# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD TYLER,<br><br>        Petitioner,<br><br>vs.<br><br>OCTAVIO C. LUNA, Executive Director, Patton State Hospital,<br><br>        Respondent. | Case No.  CV 10-3643-SJO (DTB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation and the Final Report and Recommendation of the United States Magistrate Judge.  The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

      IT THEREFORE IS ORDERED that Judgment be entered granting a conditional writ of habeas corpus as follows: Unless, within 20 days of the entry of Judgment herein, the state initiates civil commitment proceedings against petitioner in accordance with the state statutes and procedures governing the civil commitment of any other citizen, petitioner shall be released forthwith from custody.

DATED:  March 16, 2011

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE