JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EDWARD TYLER,                              )        Case No.  CV 10-3643-SJO (DTB)
                                          )
                   Petitioner,            )
                                          )
         vs.                              )        **J U D G M E N T**
                                          )
                                          )
OCTAVIO C. LUNA, Executive                )
Director, Patton State Hospital,          )
                                          )
                   Respondent.            )
_____ )

        Pursuant to the Order Adopting Findings, Conclusions and Recommendations of
United States Magistrate Judge,

        IT IS ADJUDGED that a conditional writ of habeas corpus is hereby granted as
follows: Unless, within 20 days of the entry of Judgment herein, the state initiates civil
commitment proceedings against petitioner in accordance with the state statutes and
procedures governing the civil commitment of any other citizen, petitioner shall be
released forthwith from custody.

DATED:  March 16, 2011

                                          _S. James Otero_____

                                          S. JAMES OTERO
                                          UNITED STATES DISTRICT JUDGE